UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 MISC 0 0 3 3 5

---

DONNA ANN GABRIELE CHECHELE,

    Plaintiff,

v.

TOM L. WARD,

    Defendant,

    – and –

SANDRIDGE ENERGY, INC.,

    Nominal Defendant.

|  |
|--|

Misc. No. _____

(Case No. CIV-10-1286-M
Pending in the United States
District Court for the Western
District of Oklahoma)

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 4 2012

---

Upon consideration of the Subpoena served herein, dated September 28, 2012, the Declaration of John Boyle subscribed to on October 4, 2012, and the Memorandum of Law submitted herewith, and all other proceedings had herein, and good cause having been shown;

IT IS HEREBY ORDERED that James A. Hunter appear and show cause before ~~a~~ the Hon. Deborah Batts, Part I Judge, ~~motion term of this Court,~~ at Room **24B**, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on the **10th** day of October, 2012, at **10:00 AM** ~~o'clock ___ .m~~, or as soon thereafter as counsel can be heard, to show cause why pursuant Rule 45 of the Federal Rules of Civil Procedure he should not be held in contempt and/or compelled to comply strictly and fully with the Subpoena issued to him; and

IT IS FURTHER ORDERED that service of this order and all supporting declarations, and memoranda upon James A. Hunter by delivering the same to his office and

2

home address by leaving the same with his doorman, and by emailing the same to James A. Hunter at hunter@hunterkmiec.com on or before **5 p**.m. on October **5**, 2012, shall be deemed sufficient service of this Order.

Dated: October **4**, 2012
New York, NY

_____
UNITED STATES DISTRICT COURT JUDGE
Part I